```
 1  SEDGWICK LLP
    JAMES P. DIWIK, (State Bar No. 164016)
 2  james.diwik@sedgwicklaw.com
    MARIA GIARDINA, (State Bar No. 104455)
 3  maria.giardina@sedgwicklaw.com
    ALEXANDER A. GUNEY (State Bar No. 308192)
 4  alexander.guney@sedgwicklaw.com
    333 Bush Street, 30th Floor
 5  San Francisco, CA 94104-2834
    Telephone: 415.781.7900
 6  Facsimile: 415.781.2635

 7  Attorneys for Defendant BARRY-
    WEHMILLER DESIGN GROUP, INC.
 8
    SHARTSIS FRIESE LLP
 9  JOEL ZELDIN (State Bar No. 51874)
    jzeldin@sflaw.com
10  ROEY Z. RAHMIL (State Bar No. 273803)
    rrahmil@sflaw.com
11  One Maritime Plaza, Eighteenth Floor
    San Francisco, CA  94111-3598
12  Telephone:  (415) 421-6500
    Facsimile:   (415) 421-2922
13
    AUNE & ASSOCIATES
14  Robert E. Aune (State Bar No. 60477)
    raune@auneassociates.com
15  235 Pine Street, Suite 1475
    San Francisco, CA  94104
16  Telephone:  (415) 433-6400
    Facsimile:   (415) 651-9825
17
    Attorneys for Plaintiff REDWOOD HILL
18  FARM & CREAMERY, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD HILL FARM & CREAMERY, INC.<br><br>Plaintiff,<br><br>v.<br><br>BARRY-WEHMILLER DESIGN GROUP, INC.,<br><br>Defendant. | Case No. 3:16-cv-03200-JST<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER RELATED DEADLINES**<br><br>Hon. Jon S. Tigar |

83726483v1                                   -1-                        Case No. 3:16-cv-03200-JST
STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
OTHER RELATED DEADLINES

10150\001\7809230.v2

Plaintiff Redwood Hill Farm & Creamery, Inc. ("Plaintiff") and Defendant Barry-Wehmiller Design Group, Inc. ("Defendant") (collectively, "the Parties") petition this Court for an order by stipulation pursuant to Civil Local Rules 16-2(d) and (e) and 6-2(a) to continue the Initial Case Management from September 21, 2016 to November 9, 2016 and to adjust related deadlines pending the Court's ruling on Plaintiff's Motion to Remand and Defendant's Motion for More Definite Statement.

## I.   Recitals

On May 6, 2016, Plaintiff filed a complaint in the above-entitled action in the Superior Court for the State of California, County of Sonoma ("Complaint").

On June 10, 2016, Defendant removed the action to the United States District Court for the Northern District of California. (Docket No. 1)

On June 17, 2016, Defendant filed a Motion for More Definite Statement, which is scheduled to be heard on September 22, 2016. (Docket Nos. 7 and 19)

One June 21, 2016, the Court set the Initial Case Management Conference on September 21, 2016. (Docket No. 11)

On June 30, 2016, Plaintiff filed a Motion to Remand, which was scheduled to be heard on August 25, 2016. (Docket Nos. 12 and 19)

On August 18, 2016, the Court vacated the August 25, 2016 hearing on Plaintiff's Motion to Remand. (Docket No. 23)

The Parties have not sought any prior continuances of the Initial Case Management Conference or related deadlines.

## II.   Grounds for Stipulation

The Parties have met and conferred and agree that a continuance of the currently scheduled Initial Case Management Conference on September 21, 2016 to a date after the Court issues its rulings on the pending Motion to Remand and Motion for More Definitive Statement, which is presently scheduled to be heard on

September 22, 2016, will permit more efficient case management, will serve the interests of judicial economy and will conserve party resources.

Specifically, the rulings on the pending motions are determinative and will govern further proceedings in this matter. A ruling as to the appropriate forum raised by the Motion to Remand and a ruling on the certainty of the pleadings raised by the Motion for More Definite Statement are necessary before the Parties may engage in meaningful discussions required by Rule 26(f) and prepare a joint report under Rule 16. Therefore, the Parties seek to continue the Initial Case Management Conference and related deadlines pending the Court's rulings on said motions so they may have sufficient time to fully comply with the requirements of Rule 16.

The Parties further agree that it is in the interests of efficient case management to continue pending deadlines under Civil Local Rule 16.8 and ADR Local Rule 3-5 to conform to the date of the continued Initial Case Management Conference.

### III. Stipulation

Based on the foregoing, the Parties, by and through their respective counsel of record, hereby stipulate and agree that:

1. The September 21, 2016 Initial Case Management Conference shall be continued to a date no earlier than November 9, 2106 or another date thereafter that is convenient for this Court;

2. The deadline for the parties to file a Case Management Statement shall be seven (7) days prior to the date of the continued Initial Case Management Conference; and

3. Compliance with the procedures under Civil Local Rule 16-8 and ADR Local Rule 3-5 shall be governed by the date of the continued Case Management Conference.

**IT IS SO STIPULATED:**

DATED: August 30, 2016         SEDGWICK LLP

By:  /s/ Maria J. Giardina
Maria J. Giardina
Attorneys for Defendant
BARRY-WEHMILLER DESIGN GROUP, INC.

DATED: August 30, 2016         SHARTSIS FRIESE LLP

By:  /s/ Joel Zeldin
Joel Zeldin
Attorneys for Plaintiff
REDWOOD HILL FARM & CREAMERY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

**IT IS FURTHERED ORDERED** that the Case Management Conference be continued to  November 16, 2016                      .

DATED:

IT IS SO ORDERED
Judge Jon S. Tigar

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Maria J. Giardina, attest that concurrence in the filing of this Stipulation to Continue the Initial Case Management Conference and Other Pleading Deadlines (L.R. 6-2(a)) has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of August, 2016, in San Francisco, California.

SEDGWICK LLP


By: ___/s/ *Maria J. Giardina*___
      Maria J. Giardina
      Attorneys for Defendant
      BARRY-WEHMILLER DESIGN
      GROUP, INC.